IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLIFTON MCNEIL BROOKS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3249

Opinion filed December 6, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Clifton McNeil Brooks, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.